UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:25-cr-00195 |
| ) | |
| ANGEL SANDOVAL, ) | |
| ) | |
| Defendant. ) | |

**ORDER SCHEDULING A DETENTION HEARING**

A hearing in this case is scheduled as follows:

| Place: U.S. Courthouse<br>719 Church Street<br>Nashville, TN 37203 | Courtroom No: 5B |
|---|---|
| | Date and Time: 3/10/26 at 1:00 p.m. |

IT IS ORDERED: Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
UNITED STATES MAGISTRATE JUDGE